**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6162**

TIMOTHY G. NORMAN,

             Plaintiff - Appellant,

       v.

ELEXIA CRAIG; RASHAD ROYSTER; CORRECTIONAL OFFICER BROUMMEL;
SERGEANT THOMAS JOYNER; DENNIS ROWLAND,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge.  (5:07-ct-03128-H)

Submitted:  April 22, 2009             Decided:  May 11, 2009

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy G. Norman, Appellant Pro Se.   Elizabeth F. Parsons,
Assistant Attorney General, Oliver Gray Wheeler, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy G. Norman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Norman's motion for appointment of counsel and affirm for the reasons stated by the district court. Norman v. Craig, No. 5:07-ct-03128-H (E.D.N.C. Jan. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2